SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA UTTER,<br><br>          Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:23-cv-00441-MMD-CLB<br><br>**Order Granting Stipulated Facts for Trial** |

Per this Court's Order Regarding Trial, ECF No. 25, Plaintiff, Alicia Utter, by and through her attorney of record, John B. Greene, Esq. of the law firm Golightly & Vannah, PLLC, and Defendant, United States of America, by and through Assistant United States Attorney R. Thomas Colonna, hereby submit their stipulated facts for trial.

The following facts are admitted by the Parties and require no proof:

1. Plaintiff and Amor Cabral ("Cabral") were involved in a motor vehicle accident on August 9, 2021.

///
///
///
///
///

2. At the time of the accident, Cabral was acting in the course and scope of his duties as a United States Postal Service ("USPS") employee.

Respectfully submitted this 1st day of April 2025.

| GOLIGHTLY & VANNAH, PLLC | SIGAL CHATTAH<br>United States Attorney |
|---|---|
| /s/ John B. Greene<br>JOHN B. GREENE, ESQ.<br>Nevada Bar No. 4279<br>5555 Kietzke Lane, Suite 150<br>Reno, Nevada 89511<br>*Attorneys for Plaintiff* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br>*Attorneys for United States* |

IT IS SO ORDERED

DATED this 1st day of April 2025.

_____
Miranda M. Du, U.S. District Judge